REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# REDACTED EXHIBIT A

TO THE DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF MOTION OF DEFENDANT INSOMNIAC GAMES, INC. FOR COSTS UNDER FED. R. CIV. P. 41(d)

1  David R. Wright (*Pro Hac Vice* Forthcoming)
      Utah Bar No. 05164
2     E-Mail: dwright@mabr.com
   Tyson K. Hottinger (*Pro Hac Vice* Forthcoming)
3     Utah Bar No. 13067
      E-Mail: thottinger@mabr.com
4  MASCHOFF BRENNAN
   111 South Main Street, Suite 600
5  Salt Lake City, Utah 84111
   Telephone: (801) 297-1850
6  Facsimile: (435) 252-1631

7  Richard F. Holley
      Nevada Bar No. 03077
8     E-Mail: rholley@nevadafirm.com
   HOLLEY DRIGGS
9  400 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
10 Telephone: (702) 791-0308
   Facsimile: (702) 791-1912
11
   Attorneys for Plaintiff ESC-TOY LTD.
12

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  ESC-TOY LTD., a Nevada corporation, | Case No. 20-726 |
| 16            Plaintiff, | **Complaint** |
| 17       v. | **Jury Demand** |
| 18  SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; and INSOMNIAC GAMES, INC., a California corporation. | |
| 21            Defendants. | |

Plaintiff ESC-Toy Ltd. ("ESC") complains and alleges as follows against Defendants Sony Interactive Entertainment LLC ("SIE") and Insomniac Games, Inc. ("Insomniac"). The allegations herein are based on ESC's personal knowledge with respect to its own actions and upon information and belief as to all other matters.

## THE PARTIES

1. ESC is a Nevada corporation having a principal place of business at 6625 South Valley View Boulevard, Suite 326, Las Vegas, Nevada 89118. ESC is a premier, award-winning brand management and development company, and provider of collectible merchandising works in the gaming and entertainment industries.

2. SIE is a California limited liability company having its principal place of business at 2207 Bridgepointe Parkway, San Mateo, California 94404. SIE is a wholly owned subsidiary of Sony Corporation of America, the central hub for the American business under conglomerate Sony Corporation. SIE was formed in 2016 to join all business units belonging to Sony Network Entertainment International LLC and Sony Computer Entertainment Inc., including its affiliate company Sony Computer Entertainment America LLC ("SCEA"). SIE is responsible for the PlayStation brand and services associated with the video game and digital entertainment industry.

3. None of the members of SIE reside in Nevada.

4. Insomniac is a California corporation having its principal place of business at 2255 North Ontario Street, Suite 550, Burbank, California 91504. Insomniac, now a wholly owned subsidiary of SIE's Worldwide Studios subsidiary, develops video games, including several PlayStation video games.

## JURISDICTION AND VENUE

5. This is a civil action for breach of an oral contract, unjust enrichment, breach of the covenant of good faith and faith dealing, and breach of written contracts.

6. This Court has original jurisdiction over the subject matter of this action under at least 28 U.S.C. § 1332(a). ESC resides in Nevada, Insomniac resides in California, and none of

SIE's members reside in Nevada. The matter in controversy far exceeds $75,000, exclusive of interest and costs, described herein.

7. This Court has personal jurisdiction over SIE because SIE engaged in acts of wrongful conduct, described herein, in this judicial district.

8. This Court has personal jurisdiction over Insomniac because Insomniac engaged in acts of wrongful conduct, described herein, in this judicial district.

9. Venue is proper in this judicial district because SIE and Insomniac performed tortious and wrongful acts in this district and are subject to personal jurisdiction in this district. In addition, ESC does business in this district, has suffered harm in this district, and will continue to suffer harm in this district as a result of SIE and Insomniac's actions until relief is granted.

## FACTUAL BACKGROUND

### ESC's Business

10. Founded in 2005 by award-winning artist Erick Chatel (also known as Erick Scarecrow) ("Scarecrow"), ESC designs, creates, and manufactures collectible merchandise in the gaming and entertainment industries, including electronic characters, figures, avatars, and also physical items such as toys, figures, apparel, lifestyle items, tabletop games, and pins.

11. ESC offers a range of services related to the creation of collectible merchandise, including concept development, brand development, brand management, design, production, marketing, and fulfillment services.

12. Developing a positive reputation for its collective work on private label development for several brands and becoming known for its consistent high-quality merchandise—which has resulted in highly sought-after exclusive figures and collectibles of several video game characters—ESC quickly grew from a small start-up to a successful and well-recognized business partner to its clients in the video game and entertainment industries.

13. ESC's success was further built upon Scarecrow's artistic ability and entrepreneurial spirit. Its design work has earned Scarecrow and ESC over 20 industry awards,

1  including "Artist of the Year" and awards for its merchandise lines. To date, ESC has over 500 releases, many of which have been sold worldwide. ESC's work has been featured in major motion pictures, triple-A video game releases, TV shows, and a documentary.

14. Approximately 95% of ESC's business arises from the video game industry, including business with triple-A brands and companies such as Activision/Blizzard, Universal, PlayStation, 505 Games, CoolMiniorNot, Devolver Digital, Guerilla Games, Insomniac Games, Klei Entertainment, Limited Brands, Metro-Goldwyn-Mayer Media Co., Naughty Dog, SCE Japan Studio, and SIE.

## SIE AND THE VIDEO GAME INDUSTRY

15. SIE is responsible for the PlayStation brand and associated products, including research, development, and sales of PlayStation hardware, software, content, and network services. Through its wholly owned subsidiary SIE Worldwide Studios, SIE also develops and publishes new PlayStation video games through its in-house video game developer studios or in collaboration with independent studios.

16. Since the PlayStation 4 launched in 2013, SIE has sold over 106 million PlayStation 4 console units and more than 1.15 billion PlayStation 4 video games.

17. SIE has also established a digital platform called PlayStation Network, which incorporates an online marketplace (PlayStation Store) for users to purchase or pre-order games and downloadable content. Downloadable content usually consists of additional content for an already released video game (like clothing worn by a character or an enhanced weapon). The PlayStation Network has more than 103 million monthly active users, generating over $12 billion in revenue annually with more than $9.2 billion attributed to annual purchases through the PlayStation Store.

18. SIE is one of the four major publishers in the video game industry and is often referred to as a triple-A brand or company.

19. Triple-A brands and companies are the large video game developers ("studios") and major publishers that create and produce video games for publishers' video game platforms,

*Man* games released since 1995. Despite its September release and its limited availability to the PlayStation 4 console, *Spider-Man* was the fifth top-selling console video game worldwide in 2018 (by unit sales), with almost 40% of its sales occurring within the first three days of the video game's release.

89. It is not a coincidence that the two games that first used ESC's PlayStation Pin Program were record breaking titles. SIE literally stole tens of millions of dollars from ESC when it breached the Exclusive Vendor Agreement. SIE's breach also devastated ESC's business, forcing it to reduce its number of employees, office and warehouse space, and make other significant changes to its operations to simply survive. ESC tried to work through these issues with SIE, but it turned the matter over to its legal department which gave ESC the run around and tried to cover-up SIE's misconduct. ESC was left with no choice but to file this action.

### INSOMNIAC GAMES

90. In addition to its relationship with SIE, ESC also developed a business relationship with Insomniac in 2017. At the commencement of Insomniac's and ESC's business relationship, Insomniac was an independent video game developer who collaborated with SIE to develop and publish PlayStation video games. Insomniac has developed several triple-A video games, including *Ratchet & Clank*, *Spyro*, and the PlayStation 4 exclusive video game *Spider-Man*.

91. On May 1, 2018, ESC entered into a Fulfillment Agreement and a Product Procurement Agreement with Insomniac. Both agreements continue for a ▮▮▮▮ term (through ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

92. Under the terms of the Product Procurement Agreement, Insomniac granted ESC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

93. Insomniac provided ESC with an ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

94. Under the terms of the Fulfillment Agreement, Insomniac granted ESC the right to be Insomniac's ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

95. Under the agreements, Insomniac represented and warranted that it ████████████████████████████████████████████████████████████████████████████████████

96. Insomniac has breached its Product Procurement Agreement and Fulfillment Agreement with ESC. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

97.  For example, Entertainment Earth produces and sells *Spider-Man* figures through its online shop:



98.  As another example, Fifth Sun produces and sells *Spider-Man* graphic tees through its online shop:



99. These designs are substantially similar to ESC's designs for Insomniac merchandise:

100. In addition, Insomniac has caused repeated delays in the approval process for ESC's production of Insomniac merchandise, inhibiting ESC's ability to realize any economic benefits from its agreements with Insomniac, let alone the benefits derived from ▮▮▮▮▮

101. On information and belief, SIE interfered with the Fulfillment Agreement and a Product Procurement Agreement once it began discussing an acquisition with Insomniac. SIE did not want to inherit the ▮▮▮▮▮ Insomniac had granted ESC for ▮▮▮▮▮ and it especially did not want to inherit the ▮▮▮▮▮ that Insomniac had granted ESC.

## FIRST CLAIM FOR RELIEF
### Breach of Oral Contract (Against SIE)

102. ESC repeats and alleges each and every allegation above as if fully set forth herein.

103. SIE has breached the Exclusive Vendor Agreement with ESC.

104. The Exclusive Vendor Agreement granted ESC the exclusive right to provide collectible pins and cards associated with the PlayStation brand and all hardware, peripheral, and game intellectual property owned by SIE. In addition to ESC's Global Master Vendor services,

1 exclusive, collectible pins through SIE's implementation of the PlayStation Pin Program. And
2 SIE did so without utilizing ESC as its exclusive vendor for the launches.
3     126. At all times, ESC performed all of its obligations under the written agreement,
4 including ESC's compliance with the exclusivity term prohibiting ESC from developing a pin
5 program for SIE's competitors. And ESC invested significant time and resources to ensure
6 timely compliance with its contractual obligations related to design approval, pre-production
7 approval, and distribution efforts, in light of the approaching date for the first triple-A title
8 release under the written agreement.
9     127. At no time was SIE's performance under the Exclusive Vendor Agreement
10 excused.
11     128. As a direct and proximate result of SIE's contractual breaches, ESC has sustained
12 severe economic injury for which it is entitled to monetary compensation in an amount to be
13 determined at trial.

## FIFTH CLAIM FOR RELIEF

**Breach of Written Contract (Against Insomniac Games)**

16     129. ESC repeats and alleges each and every allegation above as if fully set forth
17 herein.
18     130. Insomniac breached its Product Procurement Agreement and its Fulfillment
19 Agreement with ESC.
20     131. Insomniac permitted other vendors to produce and sell Insomniac merchandise in
21 violation of the [REDACTED] of its agreements with ESC.
22     132. At all times, ESC performed all of its obligations under the agreements.
23     133. At no time was Insomniac's performance under the agreements excused.
24     134. As a direct and proximate result of Insomniac's contractual breaches, ESC has
25 sustained severe economic injury for which it is entitled to monetary compensation in an amount
26 to be determined at trial.
27

## PRAYER FOR RELIEF

WHEREFORE, ESC seeks the following relief:

A. Compensatory and consequential damages, past and future, in an amount to be determined at trial.

B. An accounting to establish, and an order requiring, restitution and/or disgorgement of the sums by which SIE has been unjust enriched.

C. Pre-judgment and post-judgment interest at the maximum rate allowed by law.

D. Attorneys' fees and costs incurred by virtue of this action.

E. Such other and further relief as the Court may deem appropriate under the circumstances.

## JURY DEMAND

ESC hereby demands a trial by jury on all issues and claims so triable.

Dated this 22nd day of April 2020.

HOLLEY DRIGGS

/s/ Richard F. Holley
Richard F. Holley
Nevada Bar No. 03077
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

MASCHOFF BRENNAN
Tyson K. Hottinger
David R. Wright
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
*(Pro Hac Vice Applications Forthcoming)*

***Attorneys for Plaintiff***

JS 44 (Rev. 06/17)

Case 2:20-cv-00726   Document 1-1   Filed 04/22/20   Page 1 of 1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ESC-TOY LTD.

**(b)** County of Residence of First Listed Plaintiff: Clark
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Holley Driggs, 400 S. 4th St. Ste. 300, Las Vegas, NV 89101, 702-791-0308; Maschoff Brennan, 111 S Main St. Ste 600, Salt Lake City, UT 84111, 801-297-1850

## DEFENDANTS
SONY INTERACTIVE ENTERTAINMENT LLC; and INSOMNIAC GAMES, INC.

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice — ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332(a)

Brief description of cause:
Breach of oral contract, unjust enrichment, breach of covenant of good faith and dealing, breach of written contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint.
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 04/22/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Richard F. Holley

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____