PAUL J. STEINER   SBN: CA-41117
Law Offices of Paul J. Steiner
275 Battery Street, Suite 1300
San Francisco, CA 94111
Telephone:  (415) 981-6100
Facsimile:   (415) 984-0950
E-Mail: paul@sfpaulaw.com

FRANK F. SOMMERS IV   SBN: CA-109102
SOMMERS LAW PC
227 Princeton Ave
Mill Valley, CA 94941
Telephone:  (415) 308-4004
E-Mail:  ffs@sommerslawpc.com

Attorneys for Plaintiff, ESC-Toy Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INSOMNIAC GAMES, INC., a California corporation,<br><br>Defendant. | Case No.  2:21-cv-02139-JVS (DSRx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Hon. James V. Selna<br>Hon. Magistrate Daniel S. Roberts |

PLEASE TAKE NOTICE that Paul J. Steiner, Esq. (SBN 41117) of the Law Offices of Paul J. Steiner and Frank F. Sommers, Esq. (SBN 109012) of Sommers Law PC hereby associate as counsel of record for Plaintiff ESC-TOY LTD., a Nevada corporation in this action.

This Notice does not effect a substitution of counsel. All existing counsel of record remain counsel for the above-named party.

All future pleadings, notices, and correspondence should be served upon the undersigned in addition to counsel already of record.

Respectfully submitted,

DATED:        January 28, 2026

Paul J. Steiner
LAW OFFICES OF PAUL J. STEINER

DATED:        January 28, 2026

SOMMERS LAW PC

---

2

**NOTICE OF ASSOCIATION OF COUNSEL**